JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| **IMAGES LUXURY NAIL LOUNGE, INC., a California corporation dba IMAGES LUXURY NAIL LOUNGE,** *et al.*; | Case No. SA CV 21-00385-JFW-PVCx |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **GAVIN NEWSOM, in his official capacity as Governor of California, et al.**; | |
| Defendants. | |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss (ECF No. 36), IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

Dated:  July 19, 2021

_____
The Honorable John F. Walter